■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOMMY DOWNING, Appellant. [987 NYS2d 589]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered October 26, 2010. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree (five counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Whalen, JJ.

■ NORMAN M. PERRY, Individually and as Executor of WANDA M. PERRY, Deceased, et al., Appellants, v JAMES EDWARDS et al., Respondents. [987 NYS2d 285]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered August 15, 2012. The order granted the motion of defendants for summary judgment and dismissed the second amended complaint of plaintiffs.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court (see generally King's Ct. Rest., Inc. v Hurondel I, Inc., 87 AD3d 1361, 1362 [2011]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Whalen, JJ.